IN THE SUPREME COURT OF TEXAS

 No. 09-0185

 IN RE MINTER ELECTRIC COMPANY, INC.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's agreed motion for temporary relief, filed March 4,
2009, is granted. All trial court proceedings in Cause No. 06-12470,
styled Cindy Berry, Megan Taylor, and the Estate of Irvin Matthew Taylor v.
Minter Electric Company, Inc., Jesus Guevara, and the Texas Health and
Human Services Commission (as a party entitled to notice only), in the
191st District Court of Dallas County, Texas, are stayed pending further
order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this March 13, 2009.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk